# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-5220**                      **September Term 2011**

1:05-cr-00386-ESH-1

**Filed On:** December 2, 2011

In re: Antoine Jones,

       Petitioner


    **BEFORE:**    Garland, Brown, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the petition for the writ of mandamus, and the motion to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for a writ of mandamus be dismissed as moot in part and dismissed as duplicative in part. Petitioner received the relief he requests when the district court ruled on his motion for release. See <u>United States v. Antoine Jones</u>, No. 05-cr-386, Mem. Op. and Order (D.D.C. August 1, 2011). To the extent the petition also includes a motion for release, the petition is duplicative of the notice of appeal filed and docketed in this court as No. 11-3095, <u>United States v. Antoine Jones</u>, and the motion to release filed in No. 08-3034, <u>United States v. Antoine Jones</u>.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.


**Per Curiam**